[No. 30665-1-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. REGINA
BRONNER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-25158-2, Dale B. Ramerman, J., entered
April 6, 1992. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Forrest and Kennedy, JJ.

[No. 29425-3-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW J.
TROTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-03991-9, Terrence A. Carroll, J., entered
October 21, 1991. *Affirmed* by unpublished per curiam opin-
ion.

[No. 29939-5-I. Division One. July 19, 1993.]

JEFFREY P. PREMO, ET AL, *Appellants*, v. THE CITY
OF RENTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-13028-2, James D. McCutcheon, Jr., J.,
entered December 10, 1991. *Affirmed* by unpublished opin-
ion per Coleman, J., concurred in by Grosse and Baker, JJ.

[No. 28169-1-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
FELANDO COLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06482-1, Mary Wicks Brucker, J., entered
March 19, 1991. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Webster, C.J., and Pekelis, J.